**RULE 20**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
JUL 21 [illegible]

06-233

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No: AW-06-0330 |
| v. | : | |
| TIMOTHY JENNINGS | : | |
| Defendant. | : | |
| | : | |

BY_____ DEPUTY

FILED
AUG 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Consent to Transfer of Case
for Plea and Sentence (Under Rule 20)**

I, Timothy Jennings, defendant, have been informed that an Indictment or Criminal Information is pending against me in the above-designated cause. I wish to plead guilty to the offenses charged, to consent to the disposition of the case in United States District Court for the District of Columbia, in which jurisdiction I am under arrest and held, and to waive indictment and trial in the above-captioned District.

Dated: 7/14/06 , 2006

_____
Timothy Jennings

_____
Counsel for the Defendant

Approved

_____
United States Attorney for
District of Maryland

_____
United States Attorney for the
District of Columbia