RULE 20
Category A
USAO #2006R00428 Plea to Information
JMT
Rule 20 from: USDC of MD

RULE 20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          :

v.                                :   CRIMINAL NO. AW 06 CR 0330

TIMOTHY L. JENNINGS,              :   (Bank Robbery, 18 U.S.C. § 2113(a))

Defendant.                        :

...oOo...

## INFORMATION

The United States Attorney for the District of Maryland charges that on or about December 8, 2005, in the District of Maryland, the defendant,

**TIMOTHY L. JENNINGS,**

by force and violence, and by intimidation did take from the person and presence of employees of the SunTrust Bank, located at 3300 Donnell Drive, Forestville, Maryland, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, money in the amount of $1,665, more or less, belonging to and in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a)

Case Related To 06-88

## COUNT TWO

The United States Attorney for the District of Maryland further charges that:

On or about December 19, 2005, in the District of Maryland, the defendant,

**TIMOTHY L. JENNINGS,**

by force and violence, and by intimidation did take from the person and presence of employees of the Wachovia Bank, located at 5720 Silver Hill Road, District Heights, Maryland, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, money in the amount of $1,710, more or less, belonging to and in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a)

## COUNT THREE

The United States Attorney for the District of Maryland further charges that:

On or about February 15, 2006, in the District of Maryland, the defendant,

**TIMOTHY L. JENNINGS,**

by force and violence, and by intimidation did take from the person and presence of employees of the M&T Bank, located at 6304 Kirby Road, Clinton, Maryland, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, money in the amount of $2,948, more or less, belonging to and in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a)

July 19, 2006
DATE

ROD J. ROSENSTEIN   JMT
UNITED STATES ATTORNEY