06-233 (RBW)
CLOSED

# U.S. District Court
## District of Maryland (Greenbelt)
## CRIMINAL DOCKET FOR CASE #: 8:06-cr-00330-AW-ALL
### Internal Use Only

FILED
AUG 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case title: USA v. Jennings                                Date Filed: 07/20/2006

Assigned to: Judge Alexander Williams, Jr

**Defendant**

**Timothy L. Jennings (1)**
*TERMINATED: 07/21/2006*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**
None

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2113(a) Bank Robbery (1-3) | Rule 20 Transfer to the District of Columbia |

**Highest Offense Level (Terminated)**
Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA                                 represented by  **James M Trusty**
                                                     Office of the United States Attorney
                                                     6500 Cherrywood Ln Ste 400
                                                     Greenbelt, MD 20770-1249
                                                     13013444433
                                                     Fax: 13013444518
                                                     Email: James.Trusty@USDOJ.GOV
                                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2006 | 1 | INFORMATION as to Timothy L. Jennings (1) count(s) 1-3. (aap, Deputy Clerk) (Entered: 07/20/2006) |
| 07/21/2006 | 2 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to U.S. District Court for the District of Columbia Counts closed as to Timothy L. Jennings (1) Count 1-3. (lad3, Deputy Clerk) (Entered: 07/27/2006) |
| 07/21/2006 |   | ***Case Terminated as to Timothy L. Jennings (lad3, Deputy Clerk) (Entered: 07/27/2006) |
| 07/27/2006 | 3 | Correspondence Re: Rule 20 Transfer to the District of Columbia (lad3, Deputy Clerk) (Entered: 07/27/2006) |