# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - U.S. DISTRICT COURT

**By:** ___ Complaint   X Information   ___ Indictment

**Name of District Court, (City)**
Greenbelt, Maryland
Southern Division

**Offense Charged**

Bank Robbery

___ Petty
___ Misdemeanor
X Felony

**Defendant - U.S. vs.**

Timothy L. Jennings

**Address:** DC Jail

**Birth date:** *  [redacted]   **Male/Female** M   **Alien (Y/N):** N

**Place of offense:** Clinton, MD

**U.S.C. Citation:** 18 U.S.C. 2113

* (Optional unless a juvenile)

AW 06 CR 0330

## Proceeding

**Name of Complainant Agency, or Person (& Title, if any)**

FBI SA Matt Lanthorn

X Person is awaiting trial in another Federal or State Court, give name of court:

U.S. District Court, District of Columbia

☐ This person/proceeding is transferred from another district per:
FRCrP 20 ☐   21 ☐   40 ☐   Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   Show Docket # _____
   ☐ U.S. Attorney   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceeding or appearances before U.S. Magistrate Judge regarding this defendant were recorded under   Magistrate # _____

**Name & Office of Person furnishing information on this form:** Rod J. Rosenstein, U.S. Attorney

**Name of Asst. U.S. Att'y:** James M. Trusty JMT

**Phone Number:** 301-344-4338

**Additional Information or comments:**

| | |
|---|---|
| Maximum Penalty: | 20 years, $250,000 |
| Date of offense: | 12-8-05 thru 2-15-06 |
| Length of Trial: | NA |
| HIDTA CASE: | No |

## Defendant

**IS NOT IN CUSTODY**

1) ___ Has not been arrested, pending outcome of this proceeding. If not detained give date any prior summons was served on above charges. _____

2) ___ Is a fugitive

3) ___ Is on bail or release from (show District) _____

**IS IN CUSTODY**

4) ___ On this charge

5) ___ On another conviction   ___ Federal   ___ State

6) X Awaiting trial on other charges

If the answer to (6) is "Yes", show name of institution: DC Jail

**Has detainer been filed? Y/N** N   **Date filed** _____

**Date of Federal arrest** _____

**Date Transferred to Federal Custody** _____   OR

X Check if plea is expected.

☐ This report amends AO 257 previously submitted

**FOR USE OF THE CLERK'S OFFICE**

**OCDETF Case**   ___ Yes   X No