# RULE 20

U.S. Department of Justice | Rule 20—Transfer Notice | **06-233**

| To: AUSA James Trusty USAO/MD (Greenbelt) | District: Maryland | Date: 8-2-06 |
|---|---|---|
| Name of Subject: Timothy Jennings | Statute Violated: 18 U.S.C. §2113(a) | File Data (Initials and Number): 2006R00272 |

06-088 (RBW)

## Part A—District of Arrest

☒ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. _____

☐ Other (Specify):

**FILED**
AUG 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ The above-named defendant entered a plea of guilty under Rule 20.
Date of Plea _____ Date of Sentence _____ Sentence _____

From (Signature and Title): Barbara Lilley, Assistant U.S. Attorney
Address: 555 Fourth St., N.W., Room 4846, Washington, D.C. 20530

## Part B—District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock. (Kindly notify me of any anticipated delay.)

☐ Enclosed are two certified copies of indictment or information. Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other (Specify):

| Signature (Name and Title): James M. Trusty, Assistant U.S. Attorney | District: Maryland | Date: 8-2-06 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

Previous Editions are Obsolete

FORM OBD-18
TOTAL P.02