RULE 20
Category A
Plea to Information
Rule 20 from: USDC of MD

USAO #2006R00428
JMT

RULE 20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 JUL 20 A 10 17

06-233

UNITED STATES OF AMERICA          :

           :  CRIMINAL NO. AW 06 CR 0330

    v.         :

           :  (Bank Robbery, 18 U.S.C. § 2113(a))

TIMOTHY L. JENNINGS,    :

           :

   Defendant.      :

          ...oOo...

**INFORMATION**

FILED

AUG 0 2 2006

The United States Attorney for the District of Maryland charges NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WALTON, J. RBW

  On or about December 8, 2005, in the District of Maryland, the defendant,

**TIMOTHY L. JENNINGS,**

by force and violence, and by intimidation did take from the person and presence of employees of

the SunTrust Bank, located at 3300 Donnell Drive, Forestville, Maryland, a bank whose deposits

were then insured by the Federal Deposit Insurance Corporation, money in the amount of $1,665,

more or less, belonging to and in the care, custody, control, management and possession of said

bank.

18 U.S.C. § 2113(a)

Case Related To_____ 06-88 _____

## COUNT TWO

The United States Attorney for the District of Maryland further charges that:

On or about December 19, 2005, in the District of Maryland, the defendant,

### TIMOTHY L. JENNINGS,

by force and violence, and by intimidation did take from the person and presence of employees of

the Wachovia Bank, located at 5720 Silver Hill Road, District Heights, Maryland, a bank whose

deposits were then insured by the Federal Deposit Insurance Corporation, money in the amount of

$1,710, more or less, belonging to and in the care, custody, control, management and possession of

said bank.

18 U.S.C. § 2113(a)

## COUNT THREE

The United States Attorney for the District of Maryland further charges that:

On or about February 15, 2006, in the District of Maryland, the defendant,

## TIMOTHY L. JENNINGS,

by force and violence, and by intimidation did take from the person and presence of employees of

the M&T Bank, located at 6304 Kirby Road, Clinton, Maryland, a bank whose deposits were then

insured by the Federal Deposit Insurance Corporation, money in the amount of $2,948, more or less,

belonging to and in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a)

_July 19, 2006_
DATE

_Rod J. Rosenstein_   JMT
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY