# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - U.S. DISTRICT COURT

**By:** ___ Complaint   **X** Information   ___ Indictment

**Name of District Court, (City)**
Greenbelt, Maryland
Southern Division

**Offense Charged**

Bank Robbery

___ Petty
___ Misdemeanor
**X** Felony

**Defendant - U.S. vs.** Timothy L. Jennings
**Address:** DC Jail
**Birth date:** * __-__-66   **Male/Female** M   **Alien (Y/N):** N
* (Optional unless a juvenile)

**Place of offense:** Clinton, MD
**U.S.C. Citation:** 18 U.S.C. 2113

AW 06 CR 0330

## Proceeding

**Name of Complainant Agency, or Person (& Title, if any):** FBI SA Matt Lanthorn

[X] Person is awaiting trial in another Federal or State Court, give name of court: U.S. District Court, District of Columbia

[ ] This person/proceeding is transferred from another district per:
FRCrP 20 [ ]   21 [ ]   40 [ ]   Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Attorney   [ ] Defense   Show Docket # ____

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceeding or appearances before U.S. Magistrate Judge regarding this defendant were recorded under   Magistrate # ____

**Name & Office of Person furnishing information on this form:** Rod J. Rosenstein, U.S. Attorney

**Name of Asst. U.S. Att'y:** James M. Trusty JMT
**Phone Number:** 301-344-4338

**Additional Information or comments:**

| | |
|---|---|
| Maximum Penalty: | 20 years, $250,000 |
| Date of offense: | 12-8-05 thru 2-15-06 |
| Length of Trial: | NA |
| HIDTA CASE: | No |

## Defendant

**IS NOT IN CUSTODY**
1) ___ Has not been arrested, pending outcome of this proceeding. If not detained give date any prior summons was served on above charges.
2) ___ Is a fugitive
3) ___ Is on bail or release from (show District) ____

**IS IN CUSTODY**
4) ___ On this charge
5) ___ On another conviction   ___ Federal   ___ State
6) **X** Awaiting trial on other charges
If the answer to (6) is "Yes", show name of institution: DC Jail

Has detainer been filed? Y/N: **N**   Date filed: ____
Date of Federal arrest: ____   **OR**
Date Transferred to Federal Custody: ____

**X** Check if plea is expected.
[ ] This report amends AO 257 previously submitted

**FOR USE OF THE CLERK'S OFFICE**

OCDETF Case   ___ Yes   **X** No