AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
AUG 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

———————— DISTRICT OF ————————

UNITED STATES OF AMERICA
v.

Timothy Jennings

WAIVER OF INDICTMENT

CASE NUMBER: 06cr88 | 06cr233

I, _Timothy Jennings_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _8/23/06_ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____

8/23/06