**FILED**

**AUG 2 3 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. _____ (RBW) and 06-233 |
| | ) | |
| | ) | |
| TIMOTHY L. JENNINGS | ) | |
| | ) | |
| Defendant | ) | |

## ORDER FOR MEDICAL EVALUATION AND TREATMENT

THE COURT HEREBY **ORDERS**, that the medical staff of the District of Columbia Department of Corrections, by and through its agent, the Corrections Corporation of America, conduct a medical examination of the defendant ~~within 24 hours~~ *forthwith and upon* of receipt of this order, and to deliver all medically indicated or necessary treatments and therapies, or diagnostic tests and evaluations, to the defendant on an urgent basis.

The Defendant: Timothy L. Jennings (DCDC #208914) is presently housed at the Corrections Corporation of America, Central Treatment Facility in Unit D1A, Cell 29.

*The Court specifically directs that CCA-CTF medical staff evaluate and treat Mr. Jennings* for complications relating to Hepatitis-C.

**IT IS SO ORDERED**:                    DATE: ___8/23/06___

**REGGIE B. WALTON**
**United States District Judge**

cc: U.S. Marshal, District of Columbia