June 12, 2006

06-233-01

Mr. Reggie Walton,

My name is Tanya D. Morgan. I am the fiancée of Timothy Jennings. He was arrested for robbery. I attended the 9:30 proceedings on June 12, 2006. It was a rainy Monday and Attorney Rudasill...was late. I was the only African American woman sitting to the right when you walk in the courtroom. Timothy and I met a few years ago. During this time Timothy had been sober for 7years. He hurt himself on the job and couldn't get compensation for a couple of months. He lost his home and possessions. During this time he had become depressed and starting using drugs again. Timothy is a great man. Not saying this because I'm engaged to him. Tim makes a difference. He is in the transition of learning that drugs are not the answer. Meaning...you could be the best bus driver, cashier (waitress), entertainer, etc. Little things, that brings much joy to just ordinary people. You know...people appreciate a kind word from a stranger or a helping hand, or a tip of the hat. Tim does those kind of things on an everyday bases. It's the truth. I am a witness to the joy, laughter and happiness he brings into people lives during our everyday travels. I'm writing to say, in short...to please not give him max sentencing. Tim needs intensive drug rehabilitation. Without the use of drugs he could be where you are. His prior criminal history extends from him using drugs. Until I came into his life he never believe that he needed counseling. It's a slow process when you're being detoxified. He has admitted during these years that he has a serious addiction. What an addict doesn't realize is that...one is to many and never enough. He realizes that each stage of using drugs becomes worst than before. That is why he is incarcerated at this time. Timothy is not an overall criminal. He is a drug addict. Actually, he has served his country as well. Timothy served in two branches of the military, he is a college graduate, and he has worked with handicap children. Your honor! Have mercy. Sure he needs a couple years rehab. Also during the time of his release...he needs to be kept on paper and give urine specimens weekly. I agree. I wish you could formally meet the drug free Timothy Jennings.

God Bless You

Thank you,
Tanya D. Morgan

January 27, 2006

CR 06-233.-01

Linwood West, Manager Special Projects
Grounds Maintenance & Custodial Services

I Tanya Morgan have known Mr. Timothy L. Jennings Sr. over 2yrs. Overall he has portrayed this genuine and gentlemen like character. He has an incredible since of humor and gentleness when dealing with the public. He has shown me impeccable progress with coping skills and being able to conquer his adversities. I speak highly and honestly when I say that Mr. Timothy Jennings is ready to lead a productive life in this society and given a chance he will prove himself.

Respectfully,
Tanya D. Morgan



January 27, 2006

Linwood West
Supervisor, PLNT

CR 06-233-01

Dear Mr. West:

This letter is in reference to Mr. Timothy Jennings. Mr. Jennings worked for me while at the Four Mile Run bus division. During my tenure at Four Mile, Mr. Jennings displayed himself in a professional manner and was always willing to assist the division when needed to cover additional work.

Please let me know if I can be of additional assistance. I can be reached at 202-635-6406.

Respectfully,

Gail D. Robinson
Superintendent
Landover Division

Washington
Metropolitan Area
Transit Authority

600 Fifth Street, NW
Washington, D.C. 20001
202/962-1234

By Metrorail:
Judiciary Square-Red Line
Gallery Place-Chinatown
Red, Green and
Yellow Lines

A District of Columbia
Maryland and Virginia
Transit Partnership



**H. Jack Morris, D. Min.**
*Senior Pastor*
**Col. William J. Wilson (Ret.)**
*Assistant Pastor*
**Dwayne B. Hooper, Sr.**
*Executive Minister*

January 26, 2006

Washington Area Metropolitan Transit Authority
Maintenance/Human resources Departments
Attn: Mr. Linwood West

CR 06-233-01

Dear Sir:

This letter is in reference to Mr. Timothy Jennings, Sr., an aspirant applicant for re-employment with WAMTA.

Mr. Jennings is not a member of the Largo Community Church, however, for the past several years, he has been a regular attendee in our worship services. The church is aware of his past struggle with addiction and has extended its hand of grace on several occasions through prayer and informal counseling.

Having recently completed a rehabilitation program with SOME, we believe that employment in the maintenance area at this time would assist greatly in restoring Mr. Jennings to a responsible and productive citizen.

Sincerely,

Min. Robert Hill

1701 Enterprise Road, Mitchellville, Maryland 20721-2213
Church Office: (301) 249-2255   Fax: (301) 249-4392
Website: www.largocc.org
Email: largocc1@aol.com

# REALITY, INC.
419 Main Street
Laurel, Maryland 20707
—
(301) 490-5551

CR 06-233

To whom it may concern,

Mr. Timothy L. Jennings has successfully completed 28 days of Intensive Inpatient Substance Abuse treatment. While in treatment Mr. Jennings was attentive and compliant with all facility rules. He has demonstrated verbally as well as through written assignments that he has now acquired all the coping skills necessary to achieve a productive and vital life. Mr. Jennings appears to have the desire to see that this takes place. I commend Mr. Jennings for his honesty and willingness to take responsibility for his life. Given a chance Mr. Jennings can become an employee that would not only be an asset for your company but, an asset as a person to the community at large.

McKinley Evans CIT

*[signature]*

To Whom It May Concern,

I'am Pamela Jennings-Smith the oldest sister of Timothy Jennings Jr. I'am concern and troubled at the same time regarding Tim. The Jennings family as a whole have tried everything humanly possible to help him. Tim has been on drugs most of his life, he has tried several drug programs they were all short-term. However there is always two sides to a person who's on drugs. Of course we know the mind of a person on drugs. There is another personality of Tim. He's always been strong minded. He dropped out of school in the 10th grade, then realized there is nothing on the streets, and needed an education to make it. Tim then join the Maries in the Millitary stayed a few years came out with a Honorable Discharge. Tim got several jobs one I remember an accounting job which he keep for one to three years. Soon after he worked for D.C. Transit (Bus Driver) for Washington D.C. He got himself a Condo in S.W. D.C. and got a 280 Z nice sports car. A year later Tim was locked up. I've not seen Tim for about 3 years.

Until our mother died in 1984, on Christmas Day. When Jim was released from prison he got odd jobs at this time he was on drugs. The Jennings Family kept in touch with Jim, however we all had families of our own, including Jim, has a son name Timoty Jennings Jr. He was in and out of prison. One of these times in prison our younger brother (Anthony Jennings) was killed while talking to our youngest sister (Sherrie Jennings), in 1992. Jim has been through alot as far as his love ones. Meanwhile Jim went to college for two years and got a Degree while in prison. Soon Jim got out of prison, and in/out of jobs and drug programs all short term, never getting the adequate help he needs. Then Jim decided to try driving buses again, he started at P.b. county schools system, he worked about one year. Then got a job with Metro Bus company. Soon after he got himself an apartment and a BMW and was doing really well. The Jennings Family was so proud of Jim. I can't explain what happened the next thing you know the drugs took over again. When we don't hear from Jim for weeks at a time.

The Jennings family would talk to Jim a few times a week to make sure things were going well for him. Months went by. However his same patten was starting to come back. Won't answer his home phone, no going to work, not wanting to talk to his family. Jim would keep his distance from us all. We will here from Jim ever now and then. Our family know then Jim was back on drugs and back on the streets. The Jennings family always worry about Jim, hopeing and praying that his alright, and may God continued to look over him. And so, here I am at this point in his life asking you to consider Jim and his life of being on drugs, he needs professoral help long term help to understand there is life without drugs. There is a positive side of Jim. Hopefully he'll get the help he needs. He is a good hearted and loving person, he's also silly and a lot of fun, and we really miss Jim. Please consider helping Jim with his drug addiction it would help him have a better mind, body and spirit.

Thank you
Sincerly yours