HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06 CR 233-01 |
| vs. | : | SSN: |
| Timothy L. Jennings | : | Disclosure Date: **October 11, 2006** |

FILED
NOV 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    (X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     10-25-2006
Prosecuting Attorney                                    Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____
Defendant          Date                            Defense Counsel          Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **October 25, 2006**, to U.S. Probation Officer **Monica Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Gennine A. Hagar, Acting Chief
     United States Probation Officer

Page 7, ¶28: The total is $16,247.

Page 26 ¶153: Washington METROPOLITAN Area Transit Authority (WMATA)

Signed by: _____
(Defendant/Defense Attorney (AUSA))

Date: 10-25-2006