TIMOTHY L. JENNINGS
REG.NO. 07339-016
FCI OTISVILLE
P.O. BOX 1000
OTISVILLE, NY. 10963

May 14, 2008

**FILED**
**MAY 21 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVE. N.W.
WASHINGTON, DC. 20001

Re: JENNINGS vs U.S.A,
CR-06-233-01,
NOTICE OF CHANGE OF ADDRESS.

To Ms. Nancy Mayer Whittington, Clerk:

On November 23, 2007 I filed with this Court my habeas corpus petition pursuant to 28 USC 2255. I received notification that it was filed but since that time I have not heard anything further. At this time I have been transferred to a different prison and I am alerting you to that change although I do not have a civil docket number on my petition, see above for the new address. Additionally, being I was in transit could you please inform me as to the status of my proceedings. Thank you for your time into this matter. I respectfully request that you stamp this letter filed and return a copy to me. I await your response.

Respectfully yours,
Timothy L. Jennings, Pro Se

*Timothy L. Jennings* (signature)